(110 So. 166)

### Jim MARTIN v. STATE.    (5 Div. 961.)

(Supreme Court of Alabama.    Nov. 11, 1926.)

Certiorari to Court of Appeals.

T. D. Samford and Barnes & Walker, all of Opelika, for petitioner.

Harwell G. Davis, Atty. Gen., for the State.

BOULDIN, J. Petition of Jim Martin for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Martin v. State, 21 Ala. App. 574, 110 So. 165.

Writ denied.

SOMERVILLE, THOMAS, and MILLER, JJ., concur.